# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

_____
                                            )
IN RE:                                      )
                                            )
ANA R. LOPEZ                                )    Case No. 13-14927-BFK
                                            )    Chapter 7
        Debtor                              )
_____)

## TRUSTEE'S MOTION TO COMPEL DEBTOR
## TO TURN OVER PROPERTY OF THE ESTATE

Janet M. Meiburger, Esq., the Chapter 7 trustee for the estate of the debtor in the above-named case (the "Trustee"), by proposed counsel, hereby moves, pursuant to 11 U.S.C. §542(a) and Federal Rule of Bankruptcy Procedure 9013, for entry of an order compelling Ana R. Lopez, the Debtor herein, to turn over property of the bankruptcy estate, and in support of this Motion states as follows:

1.   On October 31, 2013 (the "Petition Date"), the Debtor filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code. The Trustee was appointed on November 1, 2013 (Docket No. 4).

2.   The bank statement for the Debtor's account at PNC Bank, Account No. -9911, showed a $6,000.00 cash withdrawal on October 28, 2013, which was three days before the petition date.  The Debtor's schedules answered "none" to the "cash on hand" category on Schedule B.  The Debtor has not provided a satisfactory accounting of the disposition of the $6,000.00.  Therefore, the Trustee believes that she had $6,000.00 in cash her possession on the petition date, but failed to report it on her schedules.

_____
Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Proposed Counsel to Chapter 7 Trustee

      3.      The Trustee is also filing an objection to the Debtor's claim of exemption in "cash on hand." Assuming that the objection to exemption is upheld, the Debtor should be required to turn over the entire $6,000.00.

      WHEREFORE, Janet M. Meiburger, Esq., the Trustee for the estate of the Debtor in the above-named case, by proposed counsel, respectfully requests that the Court enter an order compelling Ana R. Lopez to turn over property of the bankruptcy estate consisting of $6,000.00 in cash held by the Debtor on the petition date.

      Respectfully submitted,

      THE MEIBURGER LAW FIRM, P.C.

Dated: January 21, 2014      By:    /s/ Janet M. Meiburger
      Janet M. Meiburger, Esq., VSB No. 31842
      The Meiburger Law Firm, P.C.
      1493 Chain Bridge Road, Suite 201
      McLean, Virginia 22101
      (703) 556-7871

      Proposed Counsel to Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of January, 2014, a true and correct copy of the foregoing Trustee's Motion to Compel Debtor to Turn Over Property of the Estate will be served by ECF e-mail pursuant to the applicable Standing Order of the Court, and by first class mail, postage prepaid on the following:

> Ali Alavi
> Alavi Law, PLLC
> 1604 Spring Hill Road, Suite 4
> Vienna, VA 22182
> *Counsel for the Debtor*
>
> Ana R. Lopez
> 7023 Rhoden Court, T2
> Springfield, VA 22151

/s/ Janet M. Meiburger
Janet M. Meiburger